United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEWY JOE DUFF,

      Petitioner,

  v.

KEVIN CHAPPELL, Warden of San Quentin Prison,

      Respondent.

_____/

No. C-13-80157 MISC EMC

**<u>DEATH PENALTY CASE</u>**

**ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

      Petitioner was convicted and sentenced to death in Sacramento Superior Court. *See People v. Duff*, No. S105097 (Cal. filed Mar. 14, 2002). This capital habeas action therefore should be heard in the Eastern District of California. N.D. Cal. Habeas L.R. 2254-22(a); E.D. Cal. L.R. 191(f). Accordingly, this action is hereby transferred to the District Court for the Eastern District of California. "The Clerk immediately shall advise the Clerk of Court" of the Eastern District. N.D. Cal. Habeas L.R. 2254-22(c).

      IT IS SO ORDERED.

Dated: July 22, 2013

_____
EDWARD M. CHEN
United States District Judge