**United States District Court**

For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8  DEWY JOE DUFF,                              No. C-13-80157 MISC EMC

9              Petitioner,

10                                             **DEATH PENALTY CASE**
    v.
11                                             **ORDER TRANSFERRING CAPITAL
   KEVIN CHAPPELL, Warden of San Quentin       HABEAS ACTION TO THE DISTRICT
12 Prison,                                      COURT FOR THE EASTERN DISTRICT
                                               OF CALIFORNIA**
              Respondent.
13 _____/

14

15

16         Petitioner was convicted and sentenced to death in Sacramento Superior Court.  *See People*

17 *v. Duff*, No. S105097 (Cal. filed Mar. 14, 2002).  This capital habeas action therefore should be

18 heard in the Eastern District of California.  N.D. Cal. Habeas L.R. 2254-22(a); E.D. Cal. L.R. 191(f).

19 Accordingly, this action is hereby transferred to the District Court for the Eastern District of

20 California.  "The Clerk immediately shall advise the Clerk of Court" of the Eastern District.  N.D.

21 Cal. Habeas L.R. 2254-22(c).

22

23         IT IS SO ORDERED.

24

25 Dated:  July 22, 2013

26
                                               _____
27                                             EDWARD M. CHEN
                                               United States District Judge
28